**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAQUARIAS THOMAS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **CIVIL ACTION NO.** __4:22-cv-0184__5 |
| **TEXAS CHILDREN'S HOSPITAL** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Texas Children's Hospital ("Texas Children's" or "Defendant") removes Cause No. 2022-23564; *Jaquarias Thomas v. Texas Children's Hospital*; from the 61st Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

### I. SUMMARY OF GROUNDS FOR REMOVAL

1.      Removal is appropriate under 28 U.S.C. §§ 1331 and 1441.  Plaintiff's pleadings include claims pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e).  As such, this District Court has original jurisdiction over this civil matter because it arises under the Constitution, laws, or treaties of the United States.

### II. PROCEDURAL REQUIREMENTS FOR REMOVAL

2.      On May 10, 2022, Defendant was served with a copy of Plaintiff's "Complaint." Accordingly, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446.

4895-5269-0468.1

3.    Venue lies in this Court because this case was pending in the District Court of Harris County, Texas, and this Court is the "district court of the United States for the district and division embracing the place where the action is pending."  *See* 28 U.S.C. § 1441(a).

4.    Defendant will promptly serve notice and a copy of this Notice of Removal with the Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

5.    Attached to this Notice of Removal are the documents required by Local Rule 81.

### III. CONCLUSION AND PRAYER

WHEREFORE, Defendant hereby provides notice that this action has been properly and immediately removed, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  Defendant respectfully requests this Court exercise and maintain its jurisdiction over this case.

Respectfully submitted,

**GRAY REED & MCGRAW LLP**


By:  */s/ Jay Aldis*
    Jay Aldis
    Texas State Bar No. 00785656
    Gabe T. Vick
    Texas State Bar No. 24063046
    Darien Harris
    Texas State Bar No. 24118405
    1300 Post Oak Blvd., Suite 2000
    Houston, Texas 77056
    Telephone:      (713) 986-7175
    Fax:      (713) 986-7100
    jaldis@grayreed.com

**ATTORNEYS FOR DEFENDANT**

2

4895-5269-0468.1

## CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of June 2022, a copy of the foregoing document was served on Plaintiff by electronic mail (jaquarias@gmail.com).

/s/ *Jay Aldis*
Jay Aldis

4895-5269-0468.1

**Harris County Docket Sheet**

# 2022-23564

**COURT:** 061st

**FILED DATE:** 4/19/2022

**CASE TYPE:** OTHER CIVIL



**THOMAS, JAQUARIAS**

vs.

**TEXAS CHILDRENS HOSPITAL**

| Docket Sheet Entries | |
| --- | --- |
| Date | Comment |

**FILED**
Marilyn Burgess
District Clerk

MAY 1 3 2022
Time: _____ 8:00 am _____
Harris County, Texas
By_ R TICKLE _
Mail Processing Clerk

CPC

IC87
532M P-5

CAUSE NO.   202223564
RECEIPT NO.   20842           75.00      COI
          *********                  TR # 73997682

PLAINTIFF: THOMAS, JAQUARIAS                          In The    61st
          vs.                                         Judicial District Court
DEFENDANT: TEXAS CHILDRENS HOSPITAL                   of Harris County, Texas
                                                      61ST DISTRICT COURT
                                                      Houston, TX

                              CITATION

THE STATE OF TEXAS
County of Harris

TO: TEXAS CHILDRENS HOSPITAL BY SERVING HUMAN RESOURCES
    1919  BRAESWOOD BLVD   HOUSTON  TX  77030
    Attached is a copy of <u>ORIGINAL PETITION</u>

This instrument was filed on the <u>19th day of April, 2022</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 21st day of April, 2022, under my hand and
seal of said Court.

Issued at request of:-
THOMAS, JAQUARIAS
9922   WEST MONTGOMERY RD # 223
HOUSTON, TX  77088
Tel: (832) 561-9039
Bar No.:  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P. O. Box 4651, Houston, Texas 77210)

Generated By: PEREZ, ILIANA  GMJ//11995561

---

                    OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                      _____

                                      _____ of _____County, Texas

                                      By _____
_____
        Affiant                                    Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                      _____
                                              Notary Public

N.INT.CITR.P                   *73997682*              **RECORDER'S MEMORANDUM**
                                                       This instrument is of poor quality
                                                       at the time of imaging.

Certified Document Number: 102022941 - Page 1 of 5

BRiTTNEY
ALLEN

Certified Document Number: 102022941 - Page 2 of 5

## Constable Return of Corporation

Cause #: <u>202223564</u>                                                Tracking #: <u>73997682</u>

In the case of <u>THOMAS, JAQUARIAS</u> VS <u>TEXAS CHILDRENS HOSPITAL</u> a <u>CITATION</u>and attached _
<u>Original Petition</u> was issued by the <u>61st Judicial District</u> court of <u>HARRIS</u> County, and came to hand on
the <u>22</u> day of <u>April</u>, <u>2022</u> at <u>11:47AM</u> to be delivered at <u>1919 BRAESWOOD BLVD</u>, _
<u>HOUSTON</u>, TX <u>77030</u> by delivering to: <u>TEXAS CHILDRENS HOSPITAL BY SERVING HUMAN
RESOURCES</u>

### Attempted Service
#### (Attempted service at 1919 BRAESWOOD BLVD unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Address Attempted | Remarks |
|---|---|---|---|---|---|---|
| 5/10/2022 | 12:20:00 PM | DUANE FISHER | 1 | SERVED DEFENDANT | 1919 BRAESWOOD BLVD HOUSTON TX 77030 | SERVED REGISTERED AGENT BRITTNEY ALLEN ( H.R. DEPARTMENT OF TEXAS CHILDRENS HOSPITAL ) |
| 5/9/2022 | 4:09:40 PM | DUANE FISHER | 1 | PHONE CALL / EMAIL | 1919 BRAESWOOD BLVD HOUSTON TX 77030 | MADE CONTACT WITH THE PLAINTIFF JAQUARIAS THOMAS 832-561-9039, WHO WAS JUST WANTING TO CHECK THE PROGRESS ON HIS CASE. |
| 5/6/2022 | 9:29:00 AM | DUANE FISHER | 1 | PHONE CALL / EMAIL | 1919 BRAESWOOD BLVD HOUSTON TX 77030 | RECEIVED AN EMAIL REGARDING INFORMATION ON THE ABOVE LISTED CASE FROM THE PLAINTIFF JAQUARIAS THOMAS. 832-561-9039. |

### Service of Corporation

Executed the same in <u>HARRIS</u> County, Texas, on the <u>10</u> day of <u>May</u>, <u>2022</u> at <u>12:20PM</u> by
summoning <u>TEXAS CHILDRENS HOSPITAL BY SERVING HUMAN RESOURCES</u>a Corporation at _
<u>1919 BRAESWOOD BLVD</u>, <u>HOUSTON</u>, Texas <u>77030</u> By delivering to <u>BRITTNEY ALLEN</u> in person
the <u>Registered Agent</u> of said Corporation a true copy of this <u>CITATION</u> together with the accompanying
certified copy of the <u>Original Petition</u>

Certified Document Number: 102022941 - Page 3 of 5

## Constable Return of Corporation

Cause #: 202223564

Tracking #: 73997682

Fee Due $ ____ 0.00

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

by Deputy  DUANE FISHER - 1C67

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

Printed

Deputy Signature

Attempts:                      3

Total Attempts:            3

Certified Document Number: 102022941 - Page 4 of 5

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

49 NO. 20842

## MARILYN BURGESS DISTRICT CLERK

Action : OTHER CIVIL

Style　PLT. THOMAS, JAQUARIAS
　　　DEF. TEXAS CHILDRENS HOSPITAL

Case 202223564-7　　Trans ID: 214348044　　Court 061

| Fee | Description | Amount |
|-----|-------------|--------|
| 121 | CITATION WITH 1 COPY | $8 00 |
| 350 | CONST-PERSONAL SERVICE | $75 00 |
| 475 | LAW LIBRARY | $35 00 |
| 601 | DISPUTE RESOLUTION FEE | $15.00 |
| 711 | COURT FACILITY FEE | $20.00 |
| 712 | CLERK OF THE COURT | $50 00 |
| 713 | CLERK RECORDS MANAGEMENT PRESERVATION | $30.00 |
| 714 | COURT REPORTER SERVICE | $25.00 |
| 715 | COURTHOUSE SECURITY SERVICE | $20 00 |
| 716 | LANGUAGE ACCESS FEE | $3 00 |
| 717 | COUNTY JURY FEE | $10.00 |
| 720 | STATE CONSOLIDATION FEE | $137 00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

| | | |
|---|---|---|
| Payment　Paupers Due | | $433 00 |
| Amount Due : | | $433 00 |
| Payment Amount. | | $0 00 |
| Amount Applied | | $0 00 |
| Amount Due. | | $433 00 |
| Received | THOMAS, JAQUARIAS | S2945652 |
| Of | 9922 WEST MONTGOMERY RD#223 | |
| | HOUSTON, TX 77088 | |

FOUR HUNDRED THIRTY THREE AND 00/100
*****************************Dollars

Payment Date.　　　　　　　　　　　　File Date 4/19/2022

IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By. PEREZ, ILIANA
Validated. 4/21/2022　　By PEREZ, ILIANA

Comment:　EnvelopeNbr :PROSE-89010

4/21/22

Certified Document Number: 102022941 - Page 5 of 5



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 2, 2022

Certified Document Number:        102022941 Total Pages:  5

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2022 23564 / 01

P.3

**IN THE** District **COURT OF**      **COUNTY,**

Harris

)
)
)
)
)
)
)
)
)

**Petitioner/Plaintiff,**

**JAQUARIAS THOMAS**

     **V.**        **CAUSE NO.**

**Defendant/Respondent,**
**TEXAS CHILDREN'S HOSPITAL**

JURY TRIAL DEMANDED

COMPLAINT

COMES NOW the Plaintiff, **JAQUARIAS THOMAS,** and sues the Defendant, **TEXAS CHILDREN'S HOSPITAL,** for compensatory and punitive damages and for this cause of action would most respectfully show unto this Court the following facts, to wit:

PARTIES

1. The Plaintiff, **JAQUARIAS THOMAS,** is an adult resident citizen of Houston, Texas.

2. The Defendant, **TEXAS CHILDREN'S HOSPITAL,** is a Texas corporation doing business in the State of Texas, Houston, TX.

FACTUAL SITUATIONS

1

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging.



**FILED**
Marilyn Burgess
District Clerk

APR 19 2022

Time: 3:40 pm

By Iliana Perez

Deputy

Certified Document Number: 101501847 - Page 1 of 3

3.      Plaintiff Jaquarias Thomas commenced employment at Texas Children's Hospital 09/26/2016. Plantiff hasn't ever had any verbal or written disciplinary actions while employed at Texas Children's Hospital.

On April 28, 2020 Plaintiff was approved for FMLA.

On May 17, 2020 Plaintiff returned to work, now in a remote position due to COVID crisis.

On July 30, 2020 Plaintiff's employment was terminated.

## CAUSES OF ACTION

4.      The Defendant has violated numerous federal and state laws in the unlawful termination of the Plaintiff. The Defendant has deprived the Plaintiff of his job and has severely affected the substantial interest he had in his reputation and his ability to earn a living. The Defendant's termination of the Plaintiff was arbitrary, unreasonably discriminatory, and retaliatory, all in violation of Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991, cited as 42 USC §2000e(k). The Defendant exhibited ill will, malice, improper motive, and indifference to the Plaintiffs civil rights by retaliating against approved family medical leave.

*Three Hundred and 50 thousand* ## DAMAGES      *# 350000*

5.      The Plaintiff, as a result of the actions of the Defendant, has suffered lost wages, mental anxiety and stress, wrongful termination, defamation of character, and other damages for which he will show at a trial of this cause of action.

6.      The Plaintiff has suffered compensatory damages and punitive damages as a result of the actions of the Defendant; is entitled to back pay and front pay as a result of the actions of the Defendant.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff; **Jaquarias Thomas**, respectfully prays for the following relief against the Defendant, **Texas Children's Hospital**:

A.      Compensatory damages in an amount to be determined by this Court.

B.      Punitive damages in an amount to be determined by this Court.

C.      Back pay in an amount to be determined by this Court.

2

Certified Document Number: 101501847 - Page 2 of 3

D.    Reasonable fees and all costs of this court.

E.    Remove false accusations from employment file.

F.    Such other general and special relief as appears reasonable and just in this cause.

RESPECTFULLY SUBMITTED,

Jaquarias Thomas, Pro Se

*Jaquarias Thomas*

9922 West Montgomery Rd #223
Houston Tx 77088
832-561-9039
jaquarias@gmail.com

3

Certified Document Number: 101501847 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 2, 2022

Certified Document Number:        101501847 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**2022 23564** Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** 61 st

**Name(s) of Documents to be served:** _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:** Texas Children's Hospital (Human Resources)

Address of Service: 1919 Braeswood Blvd

City, State & Zip: Houston Tx 77030

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☑ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**    **Newspaper**_____

☐ **Temporary Restraining Order**    ☐ **Precept**    ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**    ☐ **Capias (not an E-Issuance)**    ☐ **Attachment**

☐ **Certiorari**    ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**

☐ **Habeas Corpus**    ☐ **Injunction**    ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**FILED**
Marilyn Burgess
District Clerk

APR 19 2022

**Time:** 3:40 pm
Harris County, Texas

By **Iliana Perez**
Deputy

**SERVICE BY** *(check one)*:

☐ **ATTORNEY PICK-UP (phone)** _____

☐ **MAIL to attorney   at:** _____

☑ **CONSTABLE**

☐ **CERTIFIED MAIL by District Clerk**

☐ **E-Issuance by District Clerk**
**(No Service Copy Fees Charged)**
*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _____    Bar # or ID _____

Mailing Address: 9922 West Montgomery Rd #223 Houston Tx 77088

Phone Number: 832-561-9039

Certified Document Number: 101501848 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 2, 2022

Certified Document Number:        101501848 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

P.2

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

**2022 23564**

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _Jaquarias Thomas_
*(Print first and last name of the person filing the lawsuit.)*

And

In the **61st** Court Number

*(check one):*
☒ District Court
☐ County Court / County Court at Law
☐ Justice Court

Defendant: _Texas Childcen's Hospital_    _Harris_ County    Texas
*(Print first and last name of the person being sued.)*

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: _Jaquarias_ _Thomas_    My date of birth is: _1_/_19_/_81_
                First     Middle     Last                    Month/Day/Year

My address is: *(Home)* _9922 West Montgomery Rd #223_
*(Mailing)* _Houston Tx 77088_

My phone number: _832-561-9039_ My email: _jaquarias@gmail.com_

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 Jaquarias Thomas Jr. | 16 | Son |
| 2 Naimon Thomas | 14 | Son |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☒ I receive these **public benefits/government entitlements** that are based on indigency.
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☒ Food stamps/SNAP    ☐ TANF    ☐ Medicaid    ☐ CHIP    ☐ SSI    ☐ WIC    ☐ AABD
☐ Public Housing or Section 8 Housing    ☐ Low-Income Energy Assistance    ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS    ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension    ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

**FILED**
Marilyn Burgess
District Clerk

APR 19 2022
Time: 3:40pm
Harris County, Texas
By **Iliana Perez**
Deputy

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

Page 1 of 2

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Certified Document Number: 101501849 - Page 1 of 2

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _900.⁰⁰_ in monthly wages. I work as a _Offis Manager_ for _New Beginnis Spa_ .
Your job title        Your employer

$ _____ in monthly unemployment. I have been unemployed since *(date)* _____

$ _____ in public benefits per month.

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _____ from ☐ Retirement/Pension   ☐ Tips, bonuses   ☐ Disability   ☐ Worker's Comp
☐ Social Security   ☐ Military Housing   ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ _300.⁰⁰_ from other jobs/sources of income. *(Describe)* _Security God's Grace Community Church_

$ _____ is my *total* monthly income.

**5. What is the value of your property?**

"My **property** includes:

| | Value* |
|---|---|
| Cash | $ _____ |
| Bank accounts, other financial assets | |
| _United Energy Credit_ | $ _300.⁰⁰_ |
| _Union_ | $ _____ |
| | $ _____ |
| Vehicles (cars, boats) *(make and year)* | |
| _Car note_ | $ _578.⁰⁰_ |
| | $ _____ |
| | $ _____ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _N/A_ | $ _____ |
| | $ _____ |
| | $ _____ |
| **Total** value of property → | $ _878.⁰⁰_ |

'The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ _1,073.⁰⁰_ |
| Food and household supplies | $ _____ |
| Utilities and telephone | $ _225.⁰⁰_ |
| Clothing and laundry | $ _____ |
| Medical and dental expenses | $ _____ |
| Insurance (life, health, auto, etc.) | $ _____ |
| School and child care | $ _____ |
| Transportation, auto repair, gas | $ _____ |
| Child / spousal support | $ _350.⁰⁰_ |
| Wages withheld by court order | |
| | $ _____ |
| Debt payments paid to: *(List)* | $ _____ |
| | $ _____ |
| | $ _____ |
| **Total** Monthly Expenses → | $ _1,653_ |

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _Child Support $1,000 , Utilities $175_

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts".)* Check here if you attach another page. ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Jaquarias Thomas_    My date of birth is : _1 /19/81_ .
My address is _9922 West Montgomery RD. Houston Tx 77088 #223 Harris_
Street      City      State      Zip Code      Country

▶ _Jaquarias Th___ signed on _4/19/22_ in _Harris_ County, _Tx_
Signature      Month/Day/Year      county name      State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

Page 2 of 2

Certified Document Number: 101501849 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 2, 2022

Certified Document Number:        101501849 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

6/6/2022 11:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65149514
By: Tiffany Jefferson
Filed: 6/6/2022 11:31 AM

CAUSE NO. 2022-23564

| | | |
|---|---|---|
| JAQUARIAS THOMAS, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TEXAS CHILDREN'S HOSPITAL, | § | |
| | § | |
| Defendant. | § | 61st JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

COMES NOW Defendant Texas Children's Hospital and files this Original Answer to Plaintiff's Original "Complaint" and in support thereof respectfully shows the following:

### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations in Plaintiff's "Complaint" and demands strict proof thereof.

### DEFENSES

Plaintiff has failed to state a claim upon which relief may be granted.

Defendant was not Plaintiff's employer and is therefore not a proper party to this lawsuit, nor can it be liable to Plaintiff.

Plaintiff's claims are barred, in whole or in part, because the alleged acts or omissions of Defendant were not the proximate cause of the purported damages of Plaintiff.

Defendant pleads all caps on damages.

Plaintiff's claims for punitive damages are barred because Defendant did not act with malice and was not grossly negligent. Such claims are also barred because Defendant has made good faith efforts to comply with all applicable law(s).

4860-3235-6388.1

Certified Document Number: 102314393 - Page 1 of 4

-2-

Any employment actions taken with respect to Plaintiff were based on factors other than Plaintiff's membership in any protected category.

To the extent Plaintiff has failed to make reasonable efforts to mitigate any purported damages, any damages Plaintiff seeks must be reduced accordingly.

At all times relevant hereto, Defendant promulgated an anti-discrimination policy that was communicated to Plaintiff, and Defendant exercises reasonable care to prevent and correct promptly any inappropriate conduct. Plaintiff's claims are barred, in whole or in part, to the extent he failed to take advantage of preventative or corrective opportunities provided by Defendant, or otherwise failed to avoid any alleged harm.

Any employment actions taken with respect to Plaintiff were based on job-related factors, were consistent with "business necessity," as that term is defined pursuant to relevant law, and were based on legitimate, non-discriminatory reasons.

Defendant denies any and all allegations of improper or illegal conduct. However, Defendant reserves the right to establish that Plaintiff's claims are barred, in whole or in part, because Defendant would have taken the same action in the absence of any alleged impermissible motivating factor(s).

Plaintiff's claims may be barred in whole or in part by limitations.

4860-3235-6388.1

Certified Document Number: 102314393 - Page 2 of 4

Respectfully submitted,

**GRAY REED & McGraw LLP**

By: _____
Jay Aldis
Texas State Bar No. 00785656
Gabe T. Vick
Texas State Bar No. 24063046
Darien Harris
Texas State Bar No. 24118405
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7175
Fax:   (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the _6th_ day of June, 2022, a copy of the foregoing document was served on counsel for Plaintiff by first class mail and/or electronic mail (jaquarias@gmail.com).

_____
Jay Aldis

-3-

4860-3235-6388.1

Certified Document Number: 102314393 - Page 3 of 4

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maud Hage on behalf of Jay Ronald Aldis
Bar No. 785656
mhage@grayreed.com
Envelope ID: 65149514
Status as of 6/6/2022 11:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jaquarias Thomas | | jaquarias@gmail.com | 6/6/2022 11:31:18 AM | SENT |

Certified Document Number: 102314393 - Page 4 of 4



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 6, 2022

Certified Document Number:        102314393 Total Pages:  4

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**